## PROBABLE CAUSE FOR CRIMINAL COMPLAINT

1. I, Aaron Eastham, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since 2018. I am currently assigned to the Detroit Field Office, Grand Rapids Resident Agency. During my employment with the FBI, I have conducted investigations involving violations of federal criminal laws, including violations related to child exploitation and pornography. I am familiar with the various statutes of Title 18, United States Code, Chapter 110 – sexual exploitation and other abuse of children, including violations pertaining to pertaining to coercion and enticement (18 U.S.C. § 2422(b)), receipt of child pornography (18 U.S.C. § 2252A(a)(2), and possession of child pornography (18 U.S.C. § 2252A(a)(5)(B)), the "subject offenses." The facts in this Continuation of Criminal Complaint are based on my personal observations, my training and experience, and information obtained from other agents and witnesses. I submit the following to establish probable cause to believe that GEORGE EDWARD LEBARON ("LEBARON" or "Defendant") has committed violations of coercion and enticement (18 U.S.C. § 2422(b)), receipt of child pornography (18 U.S.C. § 2252A(a)(2), and possession of child pornography (18 U.S.C. § 2252A(a)(5)(B)), the "subject offenses." This Continuation of Criminal Complaint is intended merely to show probable cause that LEBARON committed the described offenses below and does not set forth all of my knowledge concerning this matter.

2. On 3/14/2025, a Michigan State Police (MSP) Trooper took a report from a mother, who alleged that LEBARON, a registered sex offender, had been

friend requesting her 15-year-old daughter on Facebook. The Trooper responded to the complaint and found no evidence of criminal activity, however, LEBARON was arrested on unrelated warrants.

3. LEBARON is a sex offender. He was convicted in 2003 of Criminal Sexual Conduct 2nd Degree (Person Under 13) in Allegan County. When MSP encountered him, they determined LEBARON to non-compliant with his registration duties and was later arrested for the violation.

4. LEBARON was interviewed and admitted to friend requesting the 15-year-old girl, because he had known she had been a victim of sexual assault. LEBARON said he had also been sexually assaulted as a minor and wanted to develop a friendship with the 15-year-old to be supportive.

5. After LEBARON was arrested, his mother, his mother's home care worker, and his nephew's girlfriend Selah went through LEBARON's electronic devices. On one of LEBARON's phones, Selah located a photo of 16-year-old MV1[1]. The photo was of MV1 wearing an orange lace bralette and included her face in the photo. Selah recalled MV1 because LEBARON would "Facetime" with her and would refer to her as his daughter. Selah also found screenshots from MV1's Instagram account that LEBARON had appeared to screenshot.

6. Selah stated that LEBARON would watch pornography at the kitchen table, where others could see what he was watching. She said he would watch

---

[1] The identity of MV1 is known to me, however, because she is a minor, I have not included her name to protect her identity.

"niece" pornography and pornography that depicted females who were possibly 18-years-old, but dressed to look much younger.

7.     On 3/14/2025, Selah reported what they had discovered to MSP and turned over three cellular phones and a tablet belonging to LEBARON, to include a Motorola Model: XT2313-4, IMEI: 356226541213899 and a Motorola G Power IMEI: 355570491670678. A state search warrant was obtained to search the devices on 3/17/2025. On 3/18/2025, a data acquisition of the Motorola G 5G Cell Phone (IMEI# 356226541213899) and the Motorola G Power (IMEI# 355570491670678) were conducted and later reviewed.

8.     During the review of the Motorola G 5G Cell Phone (IMEI# 356226541213899), user accounts were located on the device, which included the following:

    a.  74lebaron@gmail.com

    b.  georgelebaroninc74@gmail.com

    c.  Discord: dragonantitum

    d.  Facebook ID 'George LeBaron': 61565440169924 – currently logged in

    e.  Facebook ID 'Drago Antitum': 100094651982090

    f.  Instagram: georgelebaroninc74 – currently logged in

    g.  Instagram: stella45789

    h.  Snapchat: goerge74lebaron

    i.  TikTok: drago.antitum

    j.  X (Twitter): GeorgeLeba49633

k. Zangi ID: 1075583191

9. A message was found from 7/24/2024, from LEBARON to his sister, Rhonda, in which LEBARON told Rhonda that he was still texting with MV1 and and that "[MV1] is like a daughter to me now." Non-nude images of MV1 were located on the device.

10. During the review of the Motorola G Power (IMEI# 355570491670678), user accounts were located on the device, which included the following:

a. 74lebaron@gmail.com

b. alexdigregio@gmail.com

c. Discord: dragonantitum

d. Facebook ID 61565440169924

e. X (Twitter): GeorgeLeba49633

f. Zangi ID: 1075583191

11. Images of MV1 wearing what appeared to be an orange bralette was located. A cached image of a close-up photo of a female touching her exposed labia was located. The photo appeared to have been sent through a messaging application (later identified as Instagram), from a user account bearing the name of MV1. A phone number contact was found on LEBARON's device, which was named using MV1's first initial and full last name.

12. On 3/29/2025, LEBARON's sister Rhonda was interviewed. LEBARON had lived with Rhonda from August 2022 to October 2022. Rhonda stated that

LEBARON had shown her nude images of MV1. MV1 would provide LEBARON pornographic pictures that he requested. MV1 resided in Indiana and Rhonda believed she was 15 years old. LEBARON made statements about adopting MV1 and often give her gifts. Rhonda had caught LEBARON and MV1 video chatting one time. Rhonda stated that at one point, LEBARON told her not to tell the police the truth or he would come after her, and Rhonda believed LEBARON would harm her. Rhonda stated that LEBARON and MV1 met on WhatsApp and they communicated on Facebook, Instagram, and TikTok. LEBARON also made statements to Rhonda about wanting to have vaginal and anal sex with MV1.

13.  An intel request was submitted to the Indiana Intelligence Fusion Center for the purpose of identifying MV1, who responded with her name, DOB: 04/XX/2008, and address.

14.  On 4/23/2025, MV1 was forensically interviewed. She disclosed being in an online relationship with LEBARON. They met on Instagram when MV1 was 14 or 15 years old and she was in middle school. LEBARON told her that he was 19 years old when they began talking. When MV1 turned 16, LEBARON told her he wanted to come to Indiana to "hang out" with her, but MV1 was not comfortable with that. He later drove to Indiana with his sister, to give MV1 a new cell phone, after she had broken hers.

15.  MV1 stated that LEBARON had forced her to send him photos of her breasts and vagina. She described him begging for the photos, which she eventually sent to make him stop.

16.     MV1 identified herself in the photo found on LEBARON's phone, that depicted a close-up image of a female touching her expose labia (described above). She identified the Instagram account that it was sent from was hers. She said LEBARON specifically asked for a photo of her "pussy", so she had sent him this photo. In the interview, MV1 stated that she had originally taken this photo, prior to LEBARON asking for it, and had sent it to him when he asked for the photo.

17.     MV1 was shown a photo of LEBARON and she confirmed that was the person she was communicating with, and who she had sent the photo of her exposed pubic area to.

18.     MV1's 15-year-old friend (MV2), told MV1 that LEBARON had been communicating with her, via text message, and had asked her for nude images as well. MV2 told MV1 that she had not sent LEBARON any nude photos.

## CONCLUSION

19.     Based on the foregoing, I believe there is probable cause to believe that GEORGE EDWARD LEBARON has committed the criminal violations coercion and enticement (18 U.S.C. § 2422(b)), receipt of child pornography (18 U.S.C.§ 2252A(a)(2)), and possession of child pornography (18 U.S.C. § 2252A(a)(5)(B)).